# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **JACK KASIOTIS, ET AL.,** | ) | CASE NO.5:19CV648 |
| | ) | |
| Plaintiff, | ) | SENIOR JUDGE |
| | ) | CHRISTOPHER A. BOYKO |
| vs. | ) | |
| | ) | |
| **AWP, INC.,** | ) | ORDER OF JUDGMENT |
| | ) | |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, SR. J.:**

The Court has filed its Memorandum Opinion in the above-captioned matter.

Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

    /s/Christopher A. Boyko
CHRISTOPHER A. BOYKO
Senior United States District Judge